IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MET WATER VISTA RIDGE, L.P., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil No. 1:21-cv-604 |
| VISTA RIDGE LLC; and WILMINGTON TRUST, N.A., as Trustee for the Burleson/Milam Master Lease Trust, | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before this Court is movant Blue Water Vista Ridge, LLC's motion to intervene (Doc. 14). After careful consideration of the motion, the response, any reply, the filings and evidence on file with this Court, and the arguments of counsel, this Court is of the opinion the motion should be and hereby is **DENIED in its entirety**.

**SO ORDERED**.

SIGNED: _____, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE