**Order filed October 22, 2021**



In The

# Fourteenth Court of Appeals

————————

NO.  14-21-00403-CV

————————

**METROPOLITAN WATER COMPANY, L.P., Appellant**

**V.**

**BLUE WATER SYSTEM, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees**

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 37412**

## ORDER

Before this court is an emergency motion filed by appellant to stay an anti-suit injunction issued by the trial court on July 12, 2021, prohibiting appellant from continuing to prosecute three specific proceedings and barring it from filing other proceedings arising from a project underlying this case.[1]  Appellant's motion is

---

[1] Although the motion was filed in the present appeal, the document's styling contains the number of a different appeal, No. 14-20-00524-CV, including the same parties.  However, as the present

based on the efforts of appellees and others to dismiss several lawsuits appellant filed before receiving notice of the anti-suit injunction. After considering the motion, this court hereby temporarily stays the trial court's anti-suit injunction specifically with regard to cases filed on or before the date of this order, pending resolution of appellant's motion.  Appellees are directed to file a response to the motion within **7 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.

---

appeal directly contests the anti-suit injunction on its merits while the related appeal does not, we resolve the motion specifically in the instant appeal.