| | |
|---|---|
| **From:** | Lynn Mitchell <lmitchell@wacounty.com> |
| **Sent:** | Friday, October 1, 2021 3:20 PM |
| **To:** | Randy Howry; James Hatchitt; pterrill@terrillwaldrop.com; Laura Upchurch; stacey@staceyreese.law; tricia.macaluso@bclplaw.com |
| **Subject:** | Cause No. 37412; Blue Water Systems, LP, et al. v. Metropolitan Water Company, L.P., et al.; 21st District Court; Washington County |

**CAUTION:** This email originated from outside of the organization.

Counsel,

Judge Campbell will grant the Motion for Continuance on this case without a hearing and wanted me to advise you before you prepare further for a pre-trial hearing next Thursday. Please prepare a Scheduling Order for an April 4th trial, with a pre-trial on Friday, March 25th, at 9:00 a.m.

We would like to move the hearing on your motions set next Thursday, October 7th, since there is not sufficient time on that regular docket day. Please let me know if you would be available on Tuesday, October 12th, at 9:00. Alternatively, Judge Campbell can hear them on Tuesday, November 23rd.

Thank you –
Lynn Mitchell
Court Coordinator
21st/335th Judicial District Courts
100 East Main St., Suite 305
Brenham, TX 77833
979-277-6200, ext. 5345